# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:05CV262

| | | |
|---|---|---|
| **BRITAINNIA CLIFTON,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social** | ) | |
| **Security Administration,** | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion following notification by the Clerk's office that due to a clerical error and through no fault of the Plaintiff, the Summons has not been issued as ordered by the undersigned on June 6, 2005. <u>See</u> document #3 (<u>granting</u> Plaintiff's "Motion to Proceed in Forma Pauperis").

**NOW, THEREFORE, IT IS ORDERED:**

1. The time for service of process is extended 120 days from this date.

2. The Clerk is directed to prepare the Summons and deliver it along with a copy of the Complaint to the United States Marshal for service at government expense.

3. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED.**

Signed: January 24, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge