# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Britaninnia Clifton,

                 Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                             3:05-cv-262-H

JoAnne B. Barnhart,

                 Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 21, 2006 Order.

<strong>Signed: August 21, 2006</strong>

Frank G. Johns, Clerk
United States District Court